UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ANTHONY JEROME WALKER, MERISIER MODELET,
RENEE JAN HARRIS, TERRY BROWN-MONDESIR,
MARK MACULA, ANN MARIE BAILEY,
JOHN MICHAEL MUNRO, JENNIE TOMASELLO SKULA,
LENARD JEROME WILLIAMS, JR., MARIE DEPAROLESA,
DAWN CHARLTON, DEBORAH MERRILL,

        Plaintiffs,
v.

GRAMPA'S REAL ESTATE INC. D/B/A GRAMPA'S BAKERY
& RESTAURANT, CAROL GRAMPA,

        Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiffs, ANTHONY JEROME WALKER, MERISIER MODELET, RENEE JAN HARRIS, TERRY BROWN-MONDESIR, MARK MACULA, ANN MARIE BAILEY, JOHN MICHAEL MUNRO, JENNIE TOMASELLO SKULA, LENARD JEROME WILLIAMS, JR., MARIE DEPAROLESA, DAWN CHARLTON, and DEBORAH MERRILL (hereafter collectively referred to as "Plaintiffs") bring this action against Defendants, GRAMPA'S REAL ESTATE INC. D/B/A GRAMPA'S BAKERY & RESTAURANT and CAROL GRAMPA (hereafter collectively referred to as "Defendants"), pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and allege as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiffs were residents of the State of Florida and "employees" of Defendants as defined by the FLSA.

3. At all times material hereto, Defendant GRAMPA'S REAL ESTATE INC. D/B/A GRAMPA'S BAKERY & RESTAURANT, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of restaurant and bakery, at all times material hereto was the "employer" of Plaintiffs as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. Defendant, CAROL GRAMPA, is a resident of Broward County, Florida and was, and now is, a manager of Defendant, GRAMPA'S REAL ESTATE INC. D/B/A GRAMPA'S BAKERY & RESTAURANT, controlled Plaintiffs' duties, hours worked, and compensation, and managed the day-to-day operations of GRAMPA'S REAL ESTATE INC. D/B/A GRAMPA'S BAKERY & RESTAURANT. Accordingly, CAROL GRAMPA was and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

5. Two or more of Defendants' employees handled tools, supplies, and equipment manufactured outside Florida in furtherance of their business, including but not limited to phones, computers, computer monitors, computer keyboards, computer mice, pens, and paper.

6. Plaintiff ANTHONY JEROME WALKER worked for Defendants as a cook.

7. Plaintiff MERISIER MODELET worked for Defendants as a bakery salesperson.

8. Plaintiff RENEE JAN HARRIS worked for Defendants as a general worker.

9. Plaintiff TERRY BROWN-MONDESIR worked for Defendants as a server.

10. Plaintiff MARK MACULA worked for Defendants as a server.

11. Plaintiff ANN MARIE BAILEY worked for Defendants as a bakery salesperson.

12. Plaintiff JOHN MICHAEL MUNRO worked for Defendants as a server.

13. Plaintiff JENNIE TOMASELLO SKULA worked for Defendants as a manager and server.

14. Plaintiff LENARD JEROME WILLIAMS, JR worked for Defendants as a server.

15. Plaintiff MARIE DEPAROLESA worked for Defendants as a server.

16. Plaintiff DAWN CHARLTON worked for Defendants as a server.

17. Plaintiff DEBORAH MERRILL worked for Defendants as a server.

18. Defendants failed to pay Plaintiffs' full and proper overtime wages of 1.5 times Plaintiffs' regular hourly rate for hours worked over 40 each week.

19. Defendants failed to pay Plaintiffs RENEE JAN HARRIS, TERRY BROWN-MONDESIR, MARK MACULA, ANN MARIE BAILEY, JOHN MICHAEL MUNRO, JENNIE TOMASELLO SKULA, MARIE DEPAROLESA, DAWN CHARLTON, and DEBORAH MERRILL their full and proper minimum wages for certain hours worked during their employments.

20. Attached as **Exhibits 1-12** are preliminary calculations of Plaintiffs' claims. These amounts may change as Plaintiffs engage in the discovery process.

21. Defendants have knowingly and willfully refused to pay Plaintiffs' legally-entitled wages.

22. Plaintiffs have complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

23. Plaintiffs have retained the services of the undersigned and are obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

24. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1-23 above as if set forth herein in full.

25. Plaintiffs allege this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiffs are entitled to: (i) unpaid minimum wages,[1] (ii) time-and-a-half overtime pay,[2] and (iii) liquidated damages[2] pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

26. Plaintiffs seek recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:   (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791

---

[1] As to Plaintiffs RENEE JAN HARRIS, TERRY BROWN-MONDESIR, MARK MACULA, ANN MARIE BAILEY, JOHN MICHAEL MUNRO, JENNIE TOMASELLO SKULA, MARIE DEPAROLESA, DAWN CHARLTON, and DEBORAH MERRILL.
[2] As to all Plaintiffs.