UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61557-CIV-DIMITROULEAS

ANTHONY JEROME WALKER,
MERISIER MODELET, RENEE JAN
HARRIS, TERRY BROWN-MONDESIR,
MARK MACULA, ANN MARIE BAILEY,
JOHN MICHAEL MUNRO, JENNIE
TOMASELLO SKULA, LENARD
JEROME WILLIAMS, JR., MARIE
DEPAROLESA, DAWN CHARLTON,
DEBORAH MERRILL, MARJORIE
CONNOR,

    Plaintiffs,
v.
GRAMPA'S REAL ESTATE INC. d/b/a
GRAMPA'S BAKERY & RESTAURANT,
CAROL GRAMPA,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Defendants' Motion for Sanctions [DE 38] (the "Motion") and the Report and Recommendation of Magistrate Judge Strauss [DE 54] (the "Report"), dated August 10, 2021.

The Report recommends that the Court deny the Motion for Sanctions and issue an order requiring Plaintiffs Mark Macula and Lenard Jerome Williams to show cause why their claims should not be dismissed for failure to prosecute. [DE 54] On August 11, 2021, Defendants' filed a notice of non-objection to the Report. [DE 55]. On August 9, 2021, Plaintiffs' counsel filed an unopposed motion to withdraw stating that counsel has lost contact with Plaintiffs.[1] [DE 53]. The

---

[1] The Court notes a Scrivener's error in Plaintiffs' counsel's motion which seeks to withdraw from representing Plaintiffs Mark Macula and Lenard Jerome Williams and lists Macula and Williams addresses but states that counsel has lost contact with Munro and Williams.

Report also notes that Plaintiffs' counsel has not been able to contact Plaintiffs Williams and Macula.

The Court has conducted a *de novo* review of the Report [DE 29] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusion that the Motion [DE 38] should be denied

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 54] is hereby **ADOPTED** and **APPROVED**;
2. Defendant's Motion [DE 38] is **DENIED**;
3. Plaintiffs' counsel must promptly serve this Order upon Plaintiffs Mark Macula and Lenard Jerome Williams, Jr. and file a Notice of Compliance in the record.
4. The Court will separately order Plaintiffs Mark Macula and Lenard Jerome Williams, Jr. to show cause on or before **September 8, 2021** why their claims should not be dismissed for failure to prosecute and failure comply with a Court order.
5. The Clerk is **DIRECTED** to mail copies of this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of August, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record

Jerome Williams, Jr.
726 N 26 Ave
Hollywood, FL 33020

Mark Macula
1720 N 62 Ave
Hollywood, FL 33224