UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-61557-WPD

ANTHONY JEROME WALKER, MERISIER MODELET,
TERRY BROWN-MONDESIR,
JOHN MICHAEL MUNRO, JENNIE
TOMASELLO SKULA, MARIE DEPAROLESA
DAWN CHARLTON, MARJORIE CONNOR,

      Plaintiffs,

vs.

GRAMPA'S REAL ESTATE INC. d/b/a GRAMPA'S
BAKERY & RESTAURANT, and CAROL GRAMPA,

      Defendants.

_____/

## <u>ORDER ADOPTING REPORT OF MAGISTRATE JUDGE</u>

THIS CAUSE is before the Court on Plaintiffs' Bill of Costs [DE 128] (the "Motion"), and the April 2, 2022 Report and Recommendation of Magistrate Judge Jared M. Strauss [DE 141] (the "Report"). The Court notes that no objections to the Report [DE 141] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 141] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 141] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Report [DE 141] is hereby **ADOPTED** and **APPROVED**;

2.    Plaintiffs' Motion [DE 128] is **GRANTED IN PART AND DENIED IN PART**;

3.    Plaintiffs are entitled to taxable costs in the amount of **$4,961.95**, plus interest (from

February 3, 2022).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

19th day April, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record