UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-61557-WPD

ANTHONY JEROME WALKER, MERISIER MODELET,
TERRY BROWN-MONDESIR,
JOHN MICHAEL MUNRO, JENNIE
TOMASELLO SKULA, MARIE DEPAROLESA
DAWN CHARLTON, MARJORIE CONNOR,

     Plaintiffs,

vs.

GRAMPA'S REAL ESTATE INC. d/b/a GRAMPA'S
BAKERY & RESTAURANT, and CAROL GRAMPA,

     Defendants.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiffs' Verified Motion for Supplemental Fees

Pursuant to 29 U.S.C. § 216(b) [DE 162] (the "Motion"), and the August 16, 2022 Report and

Recommendation of Magistrate Judge Jared M. Strauss [DE 174] (the "Report").  The Court

notes that no objections to the Report [DE 174] have been filed, and the time for filing such

objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings

in the Report [DE 174] are hereby adopted and deemed incorporated into this opinion. *LoConte*

*v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v.*

*Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the

Report [DE 174] and record and is otherwise fully advised in the premises. The Court agrees

with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 174] is hereby **ADOPTED** and **APPROVED**;

2.      Plaintiffs' Motion [DE 162] is **GRANTED IN PART AND DENIED IN PART**;

and

3.      Plaintiffs are entitled to attorney's fees in the amount of **$21,600.00**, plus interest.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 31st day August, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record